UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| WILLIAM THOMAS FORLANDER )<br>         Plaintiff,                                    )<br>                                                        )<br>         v.                                                ) <br>                                                        )<br>                                                        )<br>United States of America                  )<br>         Defendant.                               )<br>_____ ) | | CIVIL ACTION NO: 07cv1135<br><br><br>JUDGE HAIK<br><br><br>MAGISTRATE JUDGE HILL |

### MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes the United States of America, represented by Donald W. Washington, United States Attorney for the Western District of Louisiana, and Assistant United States Attorney, Katherine W. Vincent, who move to dismiss the Complaint for Declaratory Judgment and Motion for Preliminary and Permanent Injunction pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure for the reasons set forth in the supporting memorandum filed herewith.

        Respectfully submitted,

        DONALD W. WASHINGTON
        United States Attorney

BY:    s/ Katherine W. Vincent
        KATHERINE W. VINCENT (18717)
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, Louisiana 70501-6832
        Telephone: (337) 262-6618

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of September, 2007, at Lafayette, Louisiana, the foregoing Motion to Dismiss, Memorandum in Support and proposed Order were filed electronically with the Clerk of Court using the CM/ECF system.  I also certify that according to the Court's Electronic Mail Notice List, there are no manual recipients.

                    BY:    s/ Katherine W. Vincent
                                KATHERINE W. VINCENT (#18717)
                                Assistant United States Attorney