AO 245B (Rev. 09/01) Sheet 1 - Judgment in a Criminal Case

United States District Court
Western District of Louisiana
Lafayette Division

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| WILLIAM THOMAS FORLANDER, JR. | Case Number: 6:02CR60045-01 |
| | Thomas E. Guilbeau |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): Count 1 of a Single Count Bill of Information .
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

Accordingly, the court had adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC §2252A(a)(5)(B) | Possession of Child Pornography | 12/07/2000 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).
[ ] Count(s) ___ is/are dismissed on the motion of the United States. IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and US Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: ▆▆▆▆

Defendant's Date of Birth: ▆▆▆▆

Defendant's USM No.: 11561-035

Defendant's Residence Address: ▆▆▆▆

Defendant's Mailing Address: ▆▆▆▆

04/16/2003
Date of Imposition of Judgment

Signature of Judicial Officer

RICHARD T. HAIK, United States District Judge
Name & Title of Judicial Officer

4/21/03
Date

ATTEST: A TRUE COPY
DATE 4-23-03
ROBERT H. SHEMWELL, CLERK
BY _____
Deputy Clerk, U.S. District Court
Western District of Louisiana

COPY SENT
DATE 4-23-03
BY BB
TO U.S.P. 3cc
U.S.M. 3cc
Appeals 1cc

GOVERNMENT
EXHIBIT
A

AO 245B (Rev. 01/01) Sheet 2 - Imprisonment

CASE NUMBER: 6:02CR60045-01      Judgment - Page 2 of 6
DEFENDANT: WILLIAM THOMAS FORLANDER, JR.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 27 months .

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[✔]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [✔] before 2:00 P.M. on June 16, 2003 .
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                UNITED STATES MARSHAL

                                By _____
                                                    Deputy U.S. Marshal

CASE NUMBER:    6:02CR60045-01                                                                Judgment - Page 3 of 6
DEFENDANT:      WILLIAM THOMAS FORLANDER, JR.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

## MANDATORY CONDITIONS (MC)

1. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
2. The defendant shall not commit another federal, state, or local crime.
3. The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

4. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[ ]  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION (SC)

1. the defendant shall not leave the judicial district without permission of the court or probation officer;
2. the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4. the defendant shall support his or her dependants and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6. the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7. the defendant shall refrain from excessive use of alcohol; and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to such controlled substance, except as prescribed by a physician.
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11. the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 1/01) Sheet 5, Part B - Criminal Monetary Penalties

Judgment - Page 4 of 6

CASE NUMBER:    6:02CR60045-01
DEFENDANT:     WILLIAM THOMAS FORLANDER, JR.

## SPECIAL CONDITIONS OF SUPERVISION (SP)

1. Pursuant to the DNA Analysis Backlog Elimination Act of 2000, the defendant shall cooperate in the collection of DNA as directed by the Probation Office. The defendant shall report the address where he will reside and any subsequent change of residence to the probation officer responsible for supervision and shall register as a sex offender in any State where the person resides, is employed, carries on a vocation or is a student.

2. Additionally, the defendant is to undergo any mental health treatment as directed by the Probation Office to include psychotherapy and any recommended sex offender specific treatment program.

3. The defendant is to comply with any local and state notification registration requirements which might apply to him.

4. The defendant shall pay the cost of supervision at the rate established by the Administrative Office of the United States Courts.

AO 245 S (Rev. 1/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER:     6:02CR60045-01  
DEFENDANT:       WILLIAM THOMAS FORLANDER, JR.

Judgment - Page 5 of 6

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

|         | Assessment | Fine        | Restitution |
|---------|------------|-------------|-------------|
| Totals: | $ 100.00   | $ 10,000.00 | $           |

[ ] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below. However, pursuant to 18 U.S.C. §3664(i), all non-federal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---------------|------------------------|-------------------------------|------------------------------|
|               | TOTALS:                | . $ ____                      | $ ____                       |

[ ] If applicable, restitution amount ordered pursuant to plea agreement .......... $____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _.

[ ] The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days. An amended Judgment in a Criminal Case will be entered after such determination.

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ] The interest requirement for the fine is waived.

   [ ] The interest requirement for the fine is modified as follows:

## RESTITUTION

[ ] The court modifies or waives interest on restitution as follows:

---

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 6:07-cv-01135-RTH-CMH   Document 4-2   Filed 09/11/07   Page 6 of 7 PageID #: 54

AO 245 S (Rev. 1/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER:    6:02CR60045-01                                              Judgment - Page 6 of 6
DEFENDANT:              WILLIAM THOMAS FORLANDER, JR.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Having assessed the defendant's ability to pay, payment of the total fine and other criminal monetary penalties shall be due as follows:

A  [ ]  Lump sum of $ _ due immediately, (balance due (in accordance with C, D, or E); or

B  [✓] Payment to begin immediately (may be combined with C, D, or E below); or

C  [ ]  not later than _ ; or

D  [ ]  in installments to commence _ day(s) after the date of this judgment.

E  [ ]  in _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ year(s) to commence _ day(s) after


Special instructions regarding the payment of criminal monetary penalties:



[ ]  Joint and Several

| Case Number (Including defendant number) | Defendant Name | Joint and Several Amount |
|---|---|---|

[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court costs:

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary payments are to be made as directed by the court, the probation officer, or the United States Attorney.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _William Thomas Holmbe_   5-27-05
Defendant                           Date

_Kathleen Clause_   5-27-05
U.S. Probation Officer/Designated Witness   Date