RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11/26/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM FORLANDER | CIVIL DOCKET NO. 07-1135 |
| VERSUS | JUDGE HAIK |
| UNITED STATES OF AMERICA | MAGISTRATE C. MICHAEL HILL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RULING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This Court hereby DENIES Plaintiff Forlander's Motion for Declaratory Judgment and Motion for Preliminary and Permanent Injunction (Doc. 1). To grant Plaintiff Forlander's Motion would alter Forlander's special conditions of supervised release imposed by this Court.

This Court further GRANTS Defendant USA's Motion to Dismiss [Doc. 4] pursuant to FRCP 12(b)(1) and 12(b)(6).

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 26th day of November, 2007.

RICHARD T. HAIK, SR.
CHIEF JUDGE
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA